UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-cr-365-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : ORDER |
| | : |
| FELIPE HURTADO | : |
| a/k/a "Juan de Dios" | : |

Upon motion of the United States of America, and for good cause shown, the sealed Twenty-Eight (28) Count Indictment returned by the Grand Jury for the Eastern District of North Carolina on December 2, 2015, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 8th day of February, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE